IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**GURAL FOSTER**                                                           **PLAINTIFF**

V.                  **CASE NO. 4:09CV00073 JLH/BD**

**SOCIAL SECURITY ADMINISTRATION**                **DEFENDANT**

## ORDER

The Court has received the Recommended Disposition from Magistrate Judge Beth Deere. After careful review of the Recommended Disposition and the objections received, as well as a *de novo* review of the record, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Accordingly, the Commissioner's Motion to Dismiss (docket entry #13) is GRANTED and this case is dismissed without prejudice for lack of jurisdiction.

IT IS SO ORDERED this 11th day of June, 2009.

*/s/ J. Leon Holmes*
UNITED STATES DISTRICT JUDGE